**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA PENSACOLA DIVISION**

**UNITED STATES OF AMERICA**

**v.**

**SEALED INDICTMENT** 3:25cr117-MCR

**ALAISJAH DAYSHAWN PERKINS**
______________________________/

Returned in open court pursuant to Rule 6(f)
7/15/25
Date
JB
United States Magistrate Judge

**THE GRAND JURY CHARGES:**

**COUNT ONE**

Between on or about April 26, 2025, and on or about May 28, 2025, in the Northern District of Florida, the defendant,

**ALAISJAH DAYSHAWN PERKINS,**

did knowingly transfer and possess a machinegun, to wit, approximately twenty-five AR-type machinegun conversion devices.

In violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

**COUNT TWO**

Between on or about April 26, 2025, and on or about May 28, 2025, in the Northern District of Florida, the defendant,

**ALAISJAH DAYSHAWN PERKINS,**

did knowingly receive, possess, transfer, and make a firearm, as defined in Title

FILED USDC FLND PN
JUL 15 '25 PM1:08 JW

26, United States Code, Section 5845, to wit, approximately twenty-five AR-type machinegun conversion devices, which firearms were not registered to him in the National Firearms Registration and Transfer Record and not identified by a serial number, as required by Title 26, United States Code, Chapter 53.

In violation of Title 26, United States Code, Sections 5861(d), 5861(e), 5861(f), 5861(i), and 5871.

**CRIMINAL FORFEITURE**

The allegations contained in Counts One and Two of this Indictment are hereby realleged and incorporated by reference. Because the defendant,

**ALAISJAH DAYSHAWN PERKINS,**

knowingly committed the violations set forth in Counts One and Two of this Indictment, any and all interest that the defendant has in the firearms involved in these violations is vested in the United States and hereby forfeited to the United

States pursuant to Title 18, United States Code, Section 924(d)(1), Title 26, United States Code, Section 5872, and Title 28, United States Code, Section 2461.

A TRUE BILL:

[redacted]

FOREPERSON

7/15/25

DATE

JOHN P. HEEKIN
United States Attorney

JENNIFER H. CALLAHAN
Assistant United States Attorney